FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 JUN 27  AM 9:43

CLERK_____
SO. DIST. OF GA.

TODDRICK STEVENSON,           )
                              )
     Petitioner,              )
                              )
v.                            )   CASE NOS. CV411-297
                              )             CR410-087
UNITED STATES OF AMERICA,     )
                              )
     Respondent.              )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Petitioner's 28 U.S.C. § 2255 Petition is **GRANTED**.

Pursuant to the United States Supreme Court's decision in <u>Dorsey v. United States</u>, ___ U.S. ___, 2012 WL 2344463, Petitioner is entitled to be resentenced under the revised sentencing guidelines contained in the Fair Sentencing Act of 2010 ("FSA"), 28 U.S.C. § 994(u). Accordingly, Petitioner's prior sentence is **VACATED**. The United States Probation Office is **DIRECTED** to prepare a Presentence Investigation Report ("PSI"), calculating Petitioner's guideline sentence by reference to the FSA's revised

guidelines. Upon receipt of the completed PSI, the Court will promptly schedule this matter for a sentencing hearing.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2012.

```
                                    /s/ William T. Moore, Jr.
                                    WILLIAM T. MOORE, JR.
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA
```

---

[1] Mr. Joshua Campbell, whom was previously appointed to represent Petitioner during the criminal proceedings, shall continue to represent petitioner during the resentencing. The Clerk of Court is **DIRECTED** to forward a copy of this order to Mr. Campbell.